PATRICK GALLAGHER, Respondent, *v.* MATTHEW BAIRD,
Appellant.

*Gallagher* v. *Baird,* 54 App. Div. 398, affirmed.
(Argued January 27, 1902; decided February 11, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
November 21, 1900, affirming a judgment in favor of plaintiff
entered upon the report of a referee.

*Joseph Fettretch* for appellant.

*Peter B. Olney* and *George Carlton Comstock* for
respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN,
CULLEN and WERNER, JJ.

---

WILLIAM M. HILL, Respondent, *v.* HENRY V. HAAS, Appellant,
Impleaded with Others.

*Hill* v. *White,* 46 App. Div. 360, affirmed.
(Argued January 27, 1902; decided February 11, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered
June 19, 1900, affirming a judgment in favor of plaintiff
entered upon a decision of the court on trial at Circuit with-
out a jury.

*Frederick Collin* for appellant.

*Gabriel L. Smith* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN,
CULLEN and WERNER, JJ.